■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAHMAT GHALIB, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant of sodomy in the first degree, and of a violation of section 483 of the Penal Law. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ GEORGE ROSENBERG, Respondent, .v. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— In an action to compel the determination of claims to real property (Real Property Law, art. 15), the appeal is from a judgment entered after trial before the court without a jury declaring that respondent has good title to the subject property and directing the conveyance of easements therein to appellant. Judgment unanimously affirmed, with costs. In our opinion, the judgment clearly defines the rights of the parties; it needs no clarification. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. [12 Misc 2d 710.]

■ WALBERN PRESS, INC., Respondent, v. WILLOW & REED, INC., Appellant.— In an action to recover for work, labor and services and materials furnished, the appeal is from an order striking out the answer and amended answer including the counterclaim and directing entry of judgment in favor of respondent for the amount demanded in the complaint, and from the judgment entered thereon. Order and judgment reversed, with $10 costs and disbursements, and motion denied. Issues which included issues of fact were presented which may be determined only after a trial. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur. [13 Misc 2d 1087.]

■ JOHN YARITS, Respondent, v. RAY P. TANNER, Appellant.— In an action to recover damages for personal injuries which resulted from the collision of two motor vehicles, the appeal is from a judgment in favor of respondent entered on the verdict of a jury. Judgment affirmed, with costs. No opinion. Nolan, P. J., Wenzel, Murphy and Ughetta, JJ., concur; Beldock, J., dissents and votes to reverse the judgment and to grant a new trial, with the following memorandum: It was error to refuse a short adjournment in order to permit a witness for appellant to appear and testify to a material fact in the case.

## (February 19, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON ROSEN, Appellant.— Appeal (1) from a judgment of the County Court, Westchester County, convicting appellant of grand larceny in the first degree and sentencing him to serve from two to four years, (2) from said sentence, and (3) from each and every intermediate order therein made. Judgment modified on the facts by reducing the sentence to the time already served. As so modified, judgment affirmed. The sentence was excessive. No separate appeal lies from the sentence and from the intermediate orders which have been reviewed on the appeal from the judgment of conviction. Wenzel, Acting P. J., Beldock, Murphy and Hallinan, JJ., concur; Kleinfeld, J., dissents and votes to reverse the judgment and to dismiss the indictment on the ground that appellant's guilt was not established beyond a reasonable doubt.